ORIGINAL

420 806

# UNITED STATES DISTRICT COURT

**District of Minnesota**

**Clerk's Office, 708 Federal Building,**

**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01 cv 1726 RHK/JMM **Case Title:** Entertainment by J & J, Inc. vs. Paula Areanna Coale, etc.

**Affidavit of Movant**

I, Josh Jacobson, Esq., an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Julie Cohen Lonstein, an attorney admitted to practice in the (see attached) District of ____________, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Entertainment by J & J Inc. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature Josh Jacobson, Esq. | MN Attorney License # 242585 | Date 9/19/01

**Affidavit of Proposed Admittee**

I, Julie Cohen Lonstein, am currently a member in good standing of the U.S. District Court for the (see attached) District of ____________, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Julie Cohen Lonstein | Signature | 9/10/01

Type/Print Name | Signature | Date

Attorney License Number: NYS #2393759

Law Firm Name & Address: Lonstein Law Office,P.C.
1 Terrace Hill, P.O. BOx 351
Ellenville, New York 12428

Telephone: (845) 647-8500

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

SEP 20 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______