UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ENTERTAINMENT BY J&J, INC., as Broadcast Licensee of the September 18, 1999 De La Hoya/ Trinidad Program,

Plaintiff,

v.

PAULA AREANNA COALE, individually and as officer, director, shareholder and/or principal of Wilebski Brothers, Inc., d/b/a Blue Saloon, a/k/a Lenahan, and WILBESKI BROTHERS, INC., d/b/a Blue Saloon, a/k/a Lenahan,

Defendants.

CIVIL NO. 01-1726 (RHK/JMM)

ORDER

TO: Plaintiff above named and to Josh Jacobson, Esq., Jacobson Law Office, 120 South Sixth Street, Suite 1515, Minneapolis, MN 55402; Julie C. Lonstein, Esq., Lonstein Law Office, 1 Terrace Hill, Box 351, Ellenville, NY 12428, attorneys for Plaintiff;

Defendants above named, Counsel Name and Address Unknown to Court.

IT IS HEREBY ORDERED that counsel for Plaintiff shall cause a copy of this Order to be served upon Defendants promptly.

The Complaint in this matter was filed on September 19, 2001. It was apparently not served until November 26, 2001. The Court is advised by counsel for the Plaintiff that the Answer was served "in January, 2002." The Answer has not yet been filed, in violation of Local Rule 5.5 of this Court. By Order dated April 16, 2002, this Court required that the Parties meet to jointly prepare a written report of their meeting under Rule 26(f) of the Federal Rules of Civil Procedure. Defendants failed to comply with this

MAY 02 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

requirement. The Order also required that the Parties appear through counsel for a Pretrial Conference to be held on May 1, 2002. Defendants failed to appear; Plaintiff appeared by telephone. As a result of this conduct of the Parties, delays have occurred in the orderly process of considering this matter.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendants shall promptly file their Answer to the Complaint herein, failing which Plaintiff may apply to the Clerk of Court for the entry of a default pursuant to the provisions of Rule 55(a) of the Federal Rules of Civil Procedure.

2. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, trial counsel shall appear for a pretrial conference on May 13, 2002 at 3:00 p.m. before the undersigned in Room 610, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c) , the Rule 26(f) disclosures, and related matters.

3. At said conference, counsel for Defendants shall personally appear and show cause, if any there by, why sanctions should not be imposed by reason of the failure to comply with the Local Rules of this Court and the Order of this Court dated April 16, 2002.

Dated: May 2, 2002

JOHN M. MASON
United States Magistrate Judge